**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Diego Garcia, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CEVA Logistics USA, et al.<br><br>　　　　　　Defendants. | Case No.<br>EDCV 16-388 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed on October 23, 2017 (Doc. No. 44), it is ORDERED AND ADJUDGED that Plaintiffs' Motion for Final Approval of Class Action Settlement is GRANTED. Plaintiffs' complaint is DISMISSED WITH PREJUDICE.

Dated: October 25, 2017

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge